| LESSON: DISORDER CONTROL TRAINING | PAGE 2 OF 9 |
|---|---|
| INSTRUCTIONAL CONTENT:<br><br>DOUBLE CUFFS-INTRODUCTION | INSTRUCTOR CUES: |

INTRODUCTION

1. During a demonstration there exists the possibility that a large number of demonstrators may have to be arrested.

2. When large numbers are arrested, it is impractical to expect members of the service to have enough sets of traditional metal handcuffs to handle the situation.

3. Double-cuffs were developed for just these type situations.

No portion of this material may be reproduced without the written permission of the Commanding Officer, NYCPD Academy

Confidential and Subject to Protective Order (USDC SDNY)

ALB (D)

000009564

| INSTRUCTIONAL CONTENT: DOUBLE CUFFS-BODY | INSTRUCTOR CUES: |
|---|---|

### WHAT ARE DOUBLE CUFFS?

1. The double-cuff restraint is a light weight plastic appliance approximately thirty four (34) inches in length with a locking mechanism in the middle of the cuff which is called the head of the double-cuffs.

   *Hold up training double-cuffs and show to students.*

2. They have a relatively high tensile strength (350 lbs.) and are very flexible, which allows for many variations of this application.

3. When used correctly, double-cuffs can be a very valuable piece of equipment.

4. However, it must always be remembered that when using double-cuffs, extra precautions must be taken to assure that no physical injury occurs to the person arrested from such conditions as:

   a) Decreased circulation.
   b) Lacerations caused by over tightening.
   c) Length of time on, etc.

### DOUBLE CUFFS - WHERE AND WHEN

1. Double-cuffs are not meant to replace regulation handcuffs.

2. It cannot be over emphasized that double-cuffs are a temporary restraining measure.

3. At a demonstration, double-cuffs are to be used only under the direction of a ranking supervisor.

4. Normally, double-cuffs are stored in the precinct emergency disaster kit or available at incidents where their use may appear likely.

Confidential and Subject to Protective Order (USDC SDNY)

| SSON: | DISORDER CONTROL TRAINING | PAGE 4 | OF 9 |
|---|---|---|---|

| INSTRUCTIONAL CONTENT: DOUBLE CUFFS-BODY | INSTRUCTOR CUES: |
|---|---|

I. **METHODS OF USING DOUBLE-CUFFS**

1. There are two methods by which double-cuffs will be used.

2. The particular situation in which the device is utilized will determine which method will be employed.

3. The two double-cuff methods are:

   a) Single - double-cuff interlock method.
   b) Two - double-cuff interlock method.

**SINGLE DOUBLE-CUFF INTERLOCK METHOD**

1. This method requires the use of one (1) double-cuff, which will be interlocked into the loaded position.

2. To get to the loaded position, each end of the double-cuff is inserted into the locking mechanism located at the middle of the double-cuff and pulled through until approximately two or three inches of the double-cuff is pulled through the locking mechanism.

   *Instructor cue:* Be careful not to pull away more than 2-3 inches as this will not allow an arrestee's hand to fit in and the cuff will be of no use.

3. Once in the loaded position, grab the double-cuff and hold in a pistol grip. In order to accomplish this, grab the double-cuff in the middle by the locking mechanism and hold the cuffs so that the ends of the double-cuff are facing upward.

   *Instructor cue:* Hold up training cuffs and show to students

4. The tightening portions (double-cuff ends) of the double-cuff are now easily accessible. At this point place one side of the double-cuff over the wrist of the restrained person and draw tight.

Confidential and Subject to Protective Order (USDC SDNY)   ALB (D)   000009566

INSTRUCTIONAL CONTENT:

DOUBLE CUFFS-BODY

INSTRUCTOR CUES:

5. The remaining side of the double-cuff is placed around the uncuffed wrist and drawn tight.

6. Be sure that the second wrist is adequately secured.

7. Excess space should be eliminated by paying careful attention to insuring adequate block circulation to the hand.

### TWO – DOUBLE CUFF INTERLOCK METHOD

1. When utilizing this method, a second double-cuff is used to secure the first double-cuff.

2. This method offers an alternative which is particularly suited to situations where the person detained is physically unable to bring the wrists close enough together to be safely secured by the single double-cuff method. Example: an overweight person.

### 11. DOUBLE-CUFF PRECAUTIONS

When double-cuffs are used, precautions must be taken to prevent two (2) basic categories of harm.

First category – safety aspects of double-cuffs that relate directly to the detainee as they wear the double-cuffs.

　　1. Ligature – type injuries are a real possibility.
　　2. Injuries caused by a lack of blood circulation.

Second category – safety aspects that relate to the officer having used double-cuffs to detain someone.

　　1. Defeat of the double-cuff is possible in more ways than traditional handcuffs.
　　2. Because they are plastic, they can be easily cut or burnt.

Confidential and Subject to Protective Order (USDC SDNY)　　ALB (D)　　000009567

| LESSON: DISORDER CONTROL TRAINING | PAGE 6 OF 9 |
|---|---|
| **INSTRUCTIONAL CONTENT:**<br><br>DOUBLE CUFFS-BODY | **INSTRUCTOR CUES:** |

### SAFETY OF RESTRAINEE

1. With the use of double-cuffs there exists the possibility of injury to the detainee.

LIGATURE INJURY - care must be taken to insure that the person restrained does not strain against the double-cuff so much as to cause the edge of the double-cuff to dig into the skin and possibly cause laceration type cuts.

CIRCULATION - application of the double-cuff too tightly will cause a substantial reduction of circulation to the extremities (hands). The person restrained by the double-cuff must be checked periodically to ensure that the hands are receiving an adequate supply of blood. Indications of inadequate circulation are:

  a) Hands cold to the touch.
  b) Loss of color in hands.
  c) Report of tingling sensation.
  d) Report of numbness.
  e) Cynosis of the nail beds (bluishness) is another symptom. This symptom may not be readily observed when person is wearing fingernail polish.

2. Since the safety of the person in police custody is of paramount importance, the cutting tool to release the double-cuff must be immediately available whenever they are used.

3. When any of the above symptoms are displayed, adequate assistance must be summoned and the double-cuffs removed as expeditiously as possible.

4. Medical assistance should be summoned in appropriate situations.

Instructor cue: The cutting tool is a small pliers with a cutting edge.

Confidential and Subject to Protective Order (USDC SDNY)  ALB (D)  000009568

| LESSON: DISORDER CONTROL TRAINING | PAGE 7 | OF 9 |
|---|---|---|
| INSTRUCTIONAL CONTENT: <br><br>DOUBLE CUFFS-BODY | INSTRUCTOR CUES: | |

### INDELIBLE INK PENS

Indelible ink pens will be issued to enable the arresting officer to print the appropriate arrest information, pre-determined by the Incident Commander, onto the double-cuff.

For example, the letter "A" will be printed onto the cuff for a charge of Assault. Resisting Arrest will get the letter "R". Disorderly Conduct will get the letter "D" and violation of a Court Order will get the letter "V".

### PROTECTIVE FLEX-CUFF PADS

Protective flex-cuff pads are adjustable foam pads affixed over the wrist and secured by velcro. These pads were developed by the department to limit injuries to non-violent persons arrested at the scene of a disorder and who are not an escape risk.

The supervisor at the scene of a disorder may direct the arresting officer at the scene to use the protective flex-cuff pads only if the person arrested is charged with violation of a court order, or trespass, or disorderly conduct and

1. person is non-violent, and
2. not an escape risk, and
3. flex handcuffs are used.

Protective flex-cuff pads will not be used in conjunction with standard handcuffs. The officer will inform the person being arrested that the pads are being used to limit injuries and then affix the pads over the arrestee's wrist before affixing the flex hand cuffs.

000009569

Confidential and Subject to Protective Order (USDC SDNY)   ALB (D)

**INSTRUCTIONAL CONTENT:**

DOUBLE CUFFS-BODY

**INSTRUCTOR CUES:**

### III. MEMBERS OF THE SERVICE SAFETY

1. Due to the nature of the construction of the double-cuff (plastic), they are subject to methods of being defeated that regular handcuffs are not subject to.

2. Double-cuffs can withstand some tampering and attempts to be opened. They can be defeated by aggressive cutting with a knife, scissors, burning (flame or cigarette) or other methods.

3. That is why it is important to make sure the double-cuffs fit securely and be alert to possible tampering.

Confidential and Subject to Protective Order (USDC SDNY)

ALB (D)

000009570

**INSTRUCTIONAL CONTENT:**

DOUBLE CUFFS-SUMMARY

**INSTRUCTOR CUES:**

### CONCLUSION

1. If properly used in the right situation, double-cuffs can be a valuable police tool.

2. If you know how to use double-cuffs and are alert to the potential for injury to the restrainee along with the possibility of defeating the double-cuff itself, they will be a great help to you at a demonstration if you take part in a mass arrest situation.

Confidential and Subject to Protective Order (USDC SDNY)

ALB (D)

000009571