

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

AMY ROBINSON
Phone:  (212) 356-3508
Fax:  (212) 356-3509
arobinso@law.nyc.gov

September 6, 2018

**BY ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10038

                Re:    Guest v. City of New York, et al.,
                         13 CV 4174 (PKC) (SN)
                         [rel. Marom, et al., v. City of New York, et al., 15-cv-2017; Pesola
                         v. City of New York, et al., 15-cv-1917; Allen v. City of New
                         York, 15-cv-1918]

Your Honor:

       Defendants write in response to plaintiffs' motion to review costs in the above matter filed on August 1, 2018 (Dkt. No. 280).  Defendants object to plaintiffs' untimely request to review costs.  Costs were taxed on July 5, 2018 (Dkt. No. 278).  Under Fed. R. Civ. Proc. §54(d)(1) plaintiffs were required to move the Court within seven days of the taxation of costs for review the Clerk's action.  Plaintiffs failed to file its motion to review costs within seven days as required.  Accordingly, defendants request that plaintiffs' motion be denied as untimely.

                                         Respectfully Submitted,

                                _____/s/_____

                                Amy Robinson
                                Special Federal Litigation Division

cc:    Gideon Oliver, Esq.
        *Attorney for plaintiffs*